UNITED STATES DISTRICT

COURT DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIAL GOLRIZ,**<br><br>Defendant. | **Case No. 3:18-CR-00191-HZ-1**<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by three years of supervised release, effective 24 hours after issuance of this order, if Bureau of Prisons has determined that defendant is COVID-19 negative. If BOP cannot make the determination by that date, then the government shall notify the Court without delay.

**PAGE – 1    ORDER GRANTING MOTION TO REDUCE SENTENCE**

The Court imposes the following special condition of supervised release: the defendant must reside in Laguna Niguel, California, in accordance with the release plan that was submitted to and approved by U.S. Probation, until U.S. Probation recommends otherwise. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community, and that this sentence reduction is consistent with currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this    22    day of October, 2020.

_____
Honorable Marco A. Hernández
United States District Court Judge

Presented by:

 /s/ Samuel C. Kauffman
Samuel C. Kauffman
Melissa Chinn
Attorneys for Defendant

/s/ Amy Potter
Amy Potter
Assistant U.S. Attorney

**PAGE – 2   ORDER GRANTING MOTION TO REDUCE SENTENCE**